# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEED RIVER, LLC,<br>10120 S. Eastern Ave., #227<br>Henderson, NV 89052<br><br>      Plaintiff,<br><br>  v.<br><br>AON3D, INC., a Delaware Corporation,<br>9494 Boulevard Saint Laurent<br>Suit 600<br>Montreal, QC H2N 1P4<br><br>      Defendant. | C.A. No. _____ |

## COMPLAINT

NOW COMES the plaintiff, by its attorneys, Fox, O'Neill & Shannon, S.C. and Leech Tishman Fuscaldo & Lampl, LLC, and as and for its complaint against the defendant, alleges and shows to the Court as follows:

## NATURE OF CASE

1. This lawsuit seeks declaratory and injunctive relief to compel defendant AON3D, Inc. ("AON3D") to comply with its contractual obligations to provide financial information to its investor, plaintiff Seed River, LLC ("Seed River"). In 2018, AON3d solicited and induced Seed River to invest $225,000.00 in AON3D pursuant to a Simple Agreement for Future Equity ("SAFE"). In simple terms, a SAFE allows a company to raise money in advance of a formal stock offering, through a standardized agreement that will entitle the investor to convert the investment into stock upon a later equity event. Before agreeing to invest its money through a SAFE agreement, Seed River demanded and AON3D agreed to provide Seed River with quarterly and annual financial statements, and further agreed to confirm a series of preferred

investment rights for Seed River upon a conversion. The terms were included in a Side Letter Agreement executed along with the SAFE agreement. AON3D has since refused to provide any financial information to Seed River, despite multiple and repeated requests. At the same time, AON3D is moving forward with an equity event and is demanding that Seed River execute a series of documents to convert its initial investment through the SAFE into preferred stock. In order to properly analyze the transaction documents, Seed River needs to review the financial information being withheld. This lawsuit seeks an order compelling AON3D to comply with its obligations under the Side Letter Agreement.

## JURISDICTION AND VENUE

2. This action seeks declaratory, injunctive and other appropriate relief pursuant to 28 U.S.C. § 2201(a) and Title 10, Chapter 65 of the Delaware Code.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as the matter in controversy exceeds $75,000.00, exclusive of interests and costs, and is between citizens of different states.

4. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b)(1), as defendant resides within this judicial district.

## THE PARTIES

5. Plaintiff, Seed River, LLC ("Seed River"), is a Nevada limited liability company engaged in investment activities.

6. Defendant, AON3D, Inc. ("AON3D"), is a Delaware corporation engaged in the primary business of manufacturing and selling three-dimensional printers.

## BACKGROUND FACTS

7. In 2018, AON3D solicited a capital investment from Seed River. The investment was to be made pursuant to a SAFE.

8. Seed River agreed to invest $225,000.00 in AON3D. A SAFE confirming the investment was executed July 6, 2018. A copy of the SAFE is attached as **Exhibit A**.

9. Among other terms, the SAFE provides that if there is an Equity Financing before the expiration or termination of the SAFE, AON3D will automatically issue to Seed River shares of standard preferred stock pursuant to a calculation set forth in the SAFE. In connection with the issuance of preferred stock, Seed River is required to execute and deliver to the company transaction documents related to the transaction.

10. In order to protect its investment and ensure it had sufficient information in the event of the equity financing or liquidity event, Seed River demanded and the parties signed a Side Letter at the same time the SAFE was executed. The Side Letter obligates AON3D to provide Seed River complete quarterly financial reports within 30 days of the end of each quarter, complete yearly financial reports and tax documents within 45 days of the end of each calendar year, and grants Seed River a right to inspect AON3D's accounts. The Side Letter also gives Seed River additional rights to dividend payments, pro rata investment rights, tag-along and preemption rights. A copy of the Side Letter is attached as **Exhibit B**.

11. Following execution of the SAFE and the Side Letter, AON3D has not provided Seed River with any quarterly financial reports, yearly financial reports, and has declined to allow Seed River to inspect AON3D's accounts.

12. AON3D has ignored repeated requests from Seed River and Seed River's counsel for copies of quarterly and annual financial reports.

13. At the same time AON3D is refusing to provide the financial information required by the Side Letter Agreement, AON3D has apparently moved forward with a new round of equity financing. As part of the equity financing, AON3D proposed to convert Seed River's investment to preferred stock subject to a complex series of agreements involving multiple companies.

14. On October 26, 2020, counsel for AON3D demanded that Seed River execute a series of documents relating not only to AON3D but also to the company's "Canadian entity," Made in 3D Canada, Inc. AON3D demanded that Seed River execute the following documents relating to AON3D and its Canadian affiliate:

- A&R Certificate of Incorporation
- Certificate of Amendment
- Share Purchase Agreement
- Investors Rights Agreement
- Voting Agreement
- Exchange Rights Agreement
- Support Agreement
- Proforma Cap Table

15. In order to analyze the proposed transaction documents, Seed River needs to review the quarterly and annual financial reports and tax documents for AON3D. Seed River accordingly requested AON3D to provide all financial information required by the Side Letter Agreement. When AON3D ignored the request, Seed River submitted additional requests through its counsel.

16. Setting aside any review of the proposed transaction, the Side Letter entitles Seed River to review specific financial and tax documents of AON3D to monitor its investment.

17. AON3D has refused to provide any of the requested financial information, and has refused to even acknowledge its obligations under the Side Letter Agreement.

## COUNT I
### (Declaratory Relief)

18. All prior allegations, inclusive, are incorporated herein by reference.

19. AON3D has an obligation pursuant to the Side Letter Agreement to provide quarterly and annual financial statements, along with tax documentation, to Seed River. AON3D further has an obligation to allow Seed River to inspect its accounts up to two times per year.

20. AON3D has breached its obligations by refusing to provide the financial information, despite repeated requests by Seed River.

21. Seed River has been harmed by the breach, in that it is unable to properly review and assess proposed transaction documents in connection with current equity financing being pursued by AON3D, or to appropriately monitor and assess its investment in AON3D.

22. Seed River seeks a declaration that AON3D has an obligation to provide financial information to Seed River pursuant to the Side Letter Agreement, and an order directing AON3D to comply with its contractual obligations.

## COUNT II
### (Injunction)

23. Prior allegations, inclusive, are incorporated herein by reference.

24. AON3D induced Seed River to invest money in AON3D with the promise that it would provide complete quarterly and annual financial statements to Seed River every quarter and every year after the initial investment. The initial investment was made July 6, 2018. No financial information, of any kind, has been provided by AON3D to Seed River since the original investment.

25. AON3D is attempting to compel Seed River to execute a series of transaction documents in order to convert Seed River's initial investment into preferred stock with the company. Without reviewing AON3D's financial statements and tax documentation, Seed River is unable to properly review the proposed transaction documents, and is accordingly unable to knowingly exercise and protect its contractual rights in connection with the investment.

26. Seed River requests injunctive relief from the Court compelling AON3D to comply with its contractual obligations, in order that Seed River can fully analyze and determine whether the transaction documents to convert the investment to preferred stock are properly drafted and consistent with the initial investment agreements.

## PRAYER FOR RELIEF

WHEREFORE, Seed River, LLC demands the following relief:

A. A declaration that AON3D is obligated under the Side Letter Agreement to provide Seed River with all quarterly and annual financial statements from July 2018 to the present;

B. An injunctive order compelling AON3D to provide all requested financial information to Seed River;

C. An award of costs, including Seed River's actual attorney fees incurred in enforcing its rights under the Side Letter Agreement; and

D. Such other relief the court determines is fair and equitable.

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: October 25, 2021           By:   *s/ Gregory W. Hauswirth*

Gregory W. Hauswirth (Bar No. 5679)
Leech Tishman Fuscaldo & Lampl, LLC
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302.332.7181
Facsimile: 412.227.5551
ghauswirth@leechtishman.com

and

FOX, O'NEILL & SHANNON, S.C.

Matthew W. O'Neill (WI Bar No. 1019269)
Fox, O'Neill & Shannon, S.C.
622 North Water Street, Suite 500
Milwaukee, WI 53202
Telephone: 414.273.3939
mwoneill@foslaw.com

*Attorneys for Plaintiff, Seed River, LLC*