# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEED RIVER, LLC,<br>10120 S. Eastern Ave., #227<br>Henderson, NV 89052<br><br>Plaintiff,<br><br>v.<br><br>AON3D, INC., a Delaware Corporation,<br>9494 Boulevard Saint Laurent<br>Suit 600<br>Montreal, QC H2N 1P4<br><br>Defendant. | C.A. No. 1:21-cv-01497-LPS |

## CLERK'S ENTRY OF DEFAULT

AND NOW, this 5th day of January, 2022, it appearing from Plaintiff's Request For Entry Of Default, the Declaration of Gregory W. Hauswirth, Esq. attached thereto, and review of the record that Defendant AON3D, Inc. was served with the Complaint and Summons in this matter on October 28, 2021 and that Defendant AON3D, Inc. has not answered or otherwise moved with respect to the Complaint and Summons;

IT IS HEREBY ORDERED, in accordance with FRCP 55(a), that a default is hereby entered against Defendant AON3D, Inc.

*/s/ Nal T.*
CLERK OF COURT (Deputy)